**SEALED**

1  PHILLIP A. TALBERT
   United States Attorney
2  JILL THOMAS
   NIRAV K. DESAI
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

**FILED**

NOV 09 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH A 1999 SILVER-COLORED BMW 504I, WITH VIN: WBADN6330XGM62763, AND BEARING CALIFORNIA LICENSE PLATE: 4EVB293, LOCATED AT 358 EAST AVE, CHICO, CALIFORNIA | CASE NO. 2:17-SW-0990 KJN<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: Nov. 8, 2017

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER                              1