MCGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1999 silver-colored BMW 504i, with VIN:WBADN633OXGM62763, and bearing California license plate: 4EVB293, located at 358 East Avenue, Chino, California

CASE NO. 2:17-SW-0990-KJN

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 2-23-18

HONORABLE DEBORAH L. BARNES
U.S. Magistrate Judge

FILED
FEB 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK